Valeria Granata (SBN 305905)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
Tel: 213.443.5100
Fax: 213.443.5101

Attorney for Plaintiff
HARTFORD UNDERWRITERS INSURANCE COMPANY

Dania M. Baker (SBN 244486)
**ALVARENGA LAW, P.C.**
1625 The Alameda Ste 307
San Jose CA 95126
Tel: 408.289.1701
Fax: 877.520.6858

Attorney for Defendant PEPE'S FOOD, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPE'S FOODS, INC.,<br><br>Defendant. | Case No.: 3:25-cv-01694-EMC<br><br>Assigned to: Hon. Edward M Chen<br>Magistrate: Hon. Thomas S. Hixson<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint Filed: February 18, 2025 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) PEPE'S FOOD, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the parties is to bear its own attorney's fees and costs.

///

Dated:  October 1, 2025           WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP


                                  By: /s/ Valeria Granata
                                      Valeria Granata
                                  Attorneys for Plaintiff HARTFORD
                                  UNDERWRITERS INSURANCE
                                  COMPANY


Dated:  October 1, 2025           ALVARENGA LAW


                                  By: /s/ Dania Baker
                                      Dania Baker
                                  Attorneys for Defendant PEPE'S
                                  FOOD, INC.

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that the above STIPULATION FOR DISMISSAL WITHOUT PREJUDICE is dismissed without prejudice pursuant to the parties' stipulation. Each of the parties to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 9, 2025

_____
UNITED STATES
DISTRICT/~~MAGISTRATE~~ JUDGE